**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 1:24-cv-22427-JB

NIGEL FRANK DE LA TORRE PARDO,

     Plaintiff,

v.

JOCHE 12, LLC; L.F. STATION INC.
d/b/a LF MARATHON; and SABOR
DE CUBA RESTAURANT CORP d/b/a
SABOR DE CUBA RESTAURANT,

     Defendants.

_____/

## <u>PLAINTIFF'S NOTICE OF SETTLEMENT</u>

Plaintiff, NIGEL FRANK DE LA TORRE PARDO, hereby advises the Court that he has reached an agreement in principle to settle the instant case with Defendant, SABOR DE CUBA RESTAURANT CORP. d/b/a SABOR DE CUBA RESTAURANT. The Plaintiff will file a Voluntary Dismissal with Prejudice dismissing this Action, no later than fourteen (14) days from the date of this Notice.  Accordingly, the Plaintiff respectfully requests that the Court vacate all currently set dates and deadlines on this case as to Defendant, SABOR DE CUBA RESTAURANT CORP. d/b/a SABOR DE CUBA RESTAURANT.

Respectfully submitted this September 26, 2024

**THE LAW OFFICE OF RAMON J. DIEGO, P.A.**
*Attorneys for Plaintiff*
5001 SW 74th Court, Suite 103
Miami, FL, 33155
Telephone: (305) 350-3103
Primary E-Mail: ramon@rjdiegolaw.com

By: _/s/ Ramon J. Diego_____
RAMON J. DIEGO
Florida Bar No.: 689203

**GARCIA-MENOCAL P.L.**
*Attorneys for Plaintiff*
350 Sevilla Avenue, Suite 200
Coral Gables, Fl 33134
Telephone: (305) 553-3464
Primary E-Mail: bvirues@lawgmp.com
Secondary E-Mails: amejias@lawgmp.com
aquezada@lawgmp.com.

By: ___/s/_Beverly Virues_____
        BEVERLY VIRUES
        Florida Bar No.: 123713
        ARMANDO MEJIAS
        Florida Bar No.: 1045152

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court

by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to

all counsel of record on this September 26, 2024.

Respectfully submitted,

**THE LAW OFFICE OF RAMON J. DIEGO, P.A.**
*Attorneys for Plaintiff*
5001 SW 74th Court, Suite 103
Miami, FL, 33155
Telephone: (305) 350-3103
Primary E-Mail: ramon@rjdiegolaw.com

By: _/s/_Ramon J. Diego_____
RAMON J. DIEGO

2